# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2009

138066 & (138)(139)(142)(149)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BAKER CONCRETE CONSTRUCTION, INC.
and ETKIN SKANSKA CONSTRUCTION
COMPANY OF MICHIGAN, f/k/a ETKIN
CONSTRUCTION COMPANY,
        Plaintiffs-Appellees/Cross-
        Appellees,

v

WHALEY STEEL CORPORATION and
CNA INSURANCE,
        Defendants-Appellees/Cross-
        Appellants,

and

TRANSPORTATION INSURANCE COMPANY,
        Defendant-Appellee/Cross-
        Appellant,

and

UNITED STATES FIRE INSURANCE
COMPANY,
        Defendant-Appellee/Cross-
        Appellant,

and

EDGEWOOD ELECTRIC COMPANY,
UNITED STATES FIDELITY & GUARANTEE
COMPANY, ST. PAUL FIRE & MARINE
INSURANCE COMPANY, and TIG INSURANCE
COMPANY,
        Defendants-Appellees/Cross-
        Appellees,

and

SC: 138066
COA: 272455
Oakland CC: 2001-029199-CZ

L.W. CONNELLY & SONS, INC., d/b/a
CONNELLY CRANE RENTAL CORPORATION,
d/b/a CONNELLY CRANE and ST. PAUL
SURPLUS LINES INSURANCE COMPANY,
        Defendants-Appellants/Cross-
        Appellees,

_____/

On order of the Court, the motion to withdraw the application for leave to appeal the December 2, 2008 judgment of the Court of Appeals is GRANTED. The applications for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

s0518